UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| ABDUL-AZIZ RASHID MUHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-68-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ET AL., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED**:

(1) All First, Fifth, and Eighth Amendment constitutional claims asserted by Plaintiff Abdul-Aziz Rashid Muhammad are **DISMISSED with prejudice**.

(2) Judgment **IS ENTERED** in favor of the named defendants.

(3) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(4) The Court certifies that this action has been filed in bad faith and that any resulting appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(5) This action [7:07-CV-68-GFVT] is **DISMISSED WITH PREJUDICE** and **IS**

**STRICKEN** from the Court's active docket.

This the 25th day of September, 2009.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge